| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>WOODLOCK, DOUGLAS P. | 2. Court or Organization<br><br>DISTRICT OF MASSACHUSETTS | 3. Date of Report<br><br>04/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>Suite 4110, 1 Courthouse Way<br>Boston, MA 02210 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust No. 1 |
| 2. | Trustee | Trust No. 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODLOCK, DOUGLAS P.** | 04/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODLOCK, DOUGLAS P.** | 04/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Cash Reserves (money market) [FDRXX] | A | Dividend | J | T | | | | | |
| 2. Fidelity GNMA [FGMNX] | B | Dividend | L | T | | | | | |
| 3. Fidelity Growth Company [FGDRX] | D | Dividend | M | T | | | | | |
| 4. T.Rowe Price Small Cap [OTCFX] | C | Dividend | M | T | | | | | |
| 5. First Nat'l Bank of Ipswich (Checking/ Savings) (Y) | | | | | | | | | |
| 6. Fidelity Disciplined Equity [FDEXQ] (Y) | | | | | | | | | |
| 7. Fidelity Stock Selector [FDSSX] | C | Dividend | L | T | | | | | |
| 8. Davis New York Venture Fund, C1.A [NYVTX] | E | Dividend | M | T | | | | | |
| 9. T.Rowe Price Blue Chip Growth [TRBCX] [FRSRX] | | None | K | T | | | | | |
| 10. Vanguard Prime (money market)[VMMXX] | D | Dividend | P1 | T | | | | | |
| 11. Vanguard Long Term Investment Grade [VWETX] | D | Dividend | M | T | | | | | |
| 12. Vanguard Mid-Cap Index [VIMAX] | B | Dividend | M | T | | | | | |
| 13. Vanguard Value Index [VVIAX] | C | Dividend | M | T | | | | | |
| 14. Vanguard 500 Index [VFIAX] | C | Dividend | M | T | | | | | |
| 15. Vanguard Intermediate Term Bond Index [VBILX] | C | Dividend | M | T | | | | | |
| 16. Vanguard Short Term Bond Index [VBIRX] | A | Dividend | L | T | | | | | |
| 17. Vanguard Treasury (money market) [VUSXX] | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOODLOCK, DOUGLAS P. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sequoia [SEQUX] | B | Dividend | M | T | | | | | |
| 19. T. Rowe Price Mid-Cap Value [TRMCX] | A | Dividend | K | T | | | | | |
| 20. Wellington Shields Brokerage Sweep-Wells Fargo (Y) | | | | | | | | | |
| 21. T. Rowe Price Value [TRVLX] | D | Dividend | L | T | | | | | |
| 22. Vanguard Small-Cap Index [VSMAX] | B | Dividend | M | T | | | | | |
| 23. Vanguard Extended Market Index [VEXAX] | B | Dividend | M | T | | | | | |
| 24. T. Rowe Price New American Growth [PRWAX](X) | D | Dividend | L | T | | | | | |
| 25. T. Rowe Price Emerging Mkts. [PRMSX] | A | Dividend | K | T | | | | | |
| 26. Dodge & Cox International [DODFX] | B | Dividend | L | T | | | | | |
| 27. Dodge & Cox Income [DODIX] | A | Dividend | L | T | | | | | |
| 28. T.Rowe Price Mid-Cap Growth [RPMGX] | B | Dividend | K | T | | | | | |
| 29. Vanguard Int'l Stock Index[VITAX] | C | Dividend | M | T | | | | | |
| 30. Vanguard Total Bond Index [VBTLX] | C | Dividend | M | T | | | | | |
| 31. Vanguard Total Stock Index [VTSAX] | C | Dividend | M | T | | | | | |
| 32. Fidelity Spartan 500 Index [FUSVX] | C | Dividend | M | T | | | | | |
| 33. Fidelity Spartan Extended Market [FSEVX] | D | Dividend | M | T | | | | | |
| 34. Fidelity Spartan In'tl Index [FSIVX] | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,000 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODLOCK, DOUGLAS P.** | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Bank of America accounts | A | Int./Div. | L | T | | | | | |
| 36. 3M Co. [MMM]) | A | Dividend | | | Sold | 04/08/13 | K | C | |
| 37. Accenture common [ACN] | | None | | | Sold | 03/26/13 | K | C | |
| 38. Activision Blizzard common [ATVI] | A | Dividend | | | Sold | 04/02/13 | K | C | |
| 39. Advanced Photonix common [API] | A | Dividend | | | Sold | 04/02/13 | J | | |
| 40. Air Products & Chem. common [APD] | A | Dividend | | | Sold | 03/22/13 | K | A | |
| 41. American Int'l Group common [AIG] | | None | | | Sold | 03/22/13 | J | B | |
| 42. American Int'l Group warrants [AIGWS] | | None | | | Sold | 03/22/13 | J | A | |
| 43. Amphenol common [APH] | A | Dividend | | | Sold | 04/02/13 | K | D | |
| 44. Apple common [AAPL] | B | Dividend | | | Sold | 04/10/13 | M | | |
| 45. Autoliv Inv. common [ALV] | | None | | | Sold | 04/05/13 | K | C | |
| 46. Bank of America common [BAC] | | None | | | Sold | 04/12/13 | J | B | |
| 47. Bed Bath and Beyond common [BBB] | | None | | | Sold | 03/22/13 | K | | |
| 48. Brooks Automation common [BRKS] | A | Dividend | | | Sold | 04/08/13 | J | | |
| 49. Cameco common [CCJ] | A | Dividend | | | Sold | 04/02/13 | J | | |
| 50. Chipolte common [CMG] | | None | | | Sold | 04/05/13 | K | | |
| 51. Citigroup common [C] | A | Dividend | | | Sold | 04/01/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Cochlear common [CHEOY] | A | Dividend | | | Sold | 04/09/13 | J | A | |
| 53. Cognex common [CGNX] | | None | | | Sold | 04/08/13 | J | A | |
| 54. Costco common [COST] | A | Dividend | | | Sold | 04/08/13 | J | C | |
| 55. Danaher common [DNH] | A | Dividend | | | Sold | 03/22/13 | M | D | |
| 56. Deere common [DE] | A | Dividend | | | Sold | 03/14/13 | M | D | |
| 57. Dentsply Int'l common [XRAY] | A | Dividend | | | Sold | 04/02/13 | K | B | |
| 58. Dominion Resources common [D] | | None | | | Sold | 04/02/13 | K | B | |
| 59. Dunkin Brands common [DNKN] | A | Dividend | | | Sold | 04/05/13 | J | B | |
| 60. Eastman Chemical common [EMN] | A | Dividend | | | Sold | 04/09/13 | K | D | |
| 61. Edison Int'l common [EIX] | A | Dividend | | | Sold | 04/02/13 | J | A | |
| 62. Engility Holdings common [EGL] | | None | | | Sold | 04/02/13 | J | A | |
| 63. Ensco common [ESV] | | None | | | Sold | 04/03/13 | J | B | |
| 64. Enterprise Products common [EPD] | | None | | | Sold | 04/08/13 | K | D | |
| 65. FTI Consulting common [FCN] | | None | | | Sold | 04/02/13 | J | A | |
| 66. Freeport McMoran common [FCX] | A | Dividend | | | Sold | 04/08/13 | J | | |
| 67. General Electric common [GE] | A | Dividend | | | Sold | 03/13/13 | K | D | |
| 68. Goldman Sachs common [GS] | A | Dividend | | | Sold | 04/03/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Google common [GOOG] | | None | | | Sold | 03/13/13 | M | E | |
| 70. Herbalife common [HLF] | A | Dividend | | | Sold | 03/12/13 | K | | |
| 71. Home Depot common [HD] | A | Dividend | | | Sold | 04/03/13 | L | E | |
| 72. Intel common [INTC] | A | Dividend | | | Sold | 04/09/13 | K | C | |
| 73. Int'l Business Machines common [IBM] | | None | | | Sold | 03/26/13 | M | C | |
| 74. Irobot common [IRBT] | | None | | | Sold | 03/26/13 | J | A | |
| 75. J.P. Morgan Chase common [JPM] | A | Dividend | | | Sold | 03/12/13 | L | D | |
| 76. KLA-Tencor common [KLAC] | | None | | | Sold | 04/02/13 | J | A | |
| 77. L-3 Communications common [LLL] | | None | | | Sold | 03/28/13 | J | B | |
| 78. Las Vegas Sands common [LVS] | A | Dividend | | | Sold | 04/03/13 | K | A | |
| 79. Lincoln National common [LNC] | A | Dividend | | | Sold | 03/28/13 | J | B | |
| 80. Materion common [MTRN] | A | Dividend | | | Sold | 04/03/13 | K | C | |
| 81. Mattel common [MAT] | A | Distribution | | | Sold | 04/03/13 | K | D | |
| 82. McDonalds common [MCD] | A | Dividend | | | Sold | 04/03/13 | K | B | |
| 83. Mohawk common [MHK] | | None | | | Sold | 04/05/13 | K | D | |
| 84. Newmont Mining [NEM] | | None | | | Sold (part) | 03/28/13 | J | A | |
| 85. | | | | | Sold | 04/02/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Nuance Comm. common [NUAN] | | None | | | Sold | 04/02/13 | J | | |
| 87. Parker Hannifin common [PH] | A | Dividend | | | Sold | 03/15/13 | K | A | |
| 88. Pepsico common [PEP] | A | Dividend | | | Sold | 03/15/13 | K | B | |
| 89. Republic Services common [RSG] (X) | A | Dividend | | | Sold | 03/28/13 | J | A | |
| 90. Scana common [SCG] | A | Dividend | | | Sold | 03/28/13 | K | B | |
| 91. Scotts Miracle Grow common [SMG] | A | Dividend | | | Sold | 04/02/13 | J | | |
| 92. Select Comfort Group common [SCSS] | | None | | | Sold | 04/02/13 | J | | |
| 93. Stericycle common [SRCL] | | None | | | Sold | 03/28/13 | K | D | |
| 94. T.Rowe Price common [TROW] | A | Dividend | | | Sold | 03/15/13 | K | D | |
| 95. Teva Pharma. common [TEVA] | A | Dividend | | | Sold | 04/02/13 | K | | |
| 96. Texas Inst. common [TXN] | A | Dividend | | | Sold | 03/15/13 | K | C | |
| 97. UnitedHealth Group common [UNH] | A | Dividend | | | Sold (part) | 03/28/13 | J | A | |
| 98. | | | | | Sold | 04/02/13 | K | B | |
| 99. US Bancorp common [USB] | A | Dividend | | | Sold | 03/28/13 | K | B | |
| 100. US Steel common [X] | | None | | | Sold | 03/28/13 | J | B | |
| 101. United Technologies common [UTX] | A | Dividend | | | Sold | 03/11/13 | L | D | |
| 102. Valero Energy common [VLO] | | None | | | Sold (part) | 03/28/13 | K | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/02/13 | J | A | |
| 104. Vical common [VICAL] | | None | | | Sold | 04/02/13 | J | C | |
| 105. Wynn Resorts common [WYNN] | A | Dividend | | | Sold | 03/11/13 | K | | |
| 106. Xerox common [XRX] | A | Dividend | | | Sold | 03/12/13 | J | A | |
| 107. Yum Brands common [YUM] | A | Dividend | | | Sold (part) | 03/11/13 | K | | |
| 108. | | | | | Sold | 03/12/13 | L | | |
| 109. Amer. Euro Pac. Growth Fund [AEPGX] | A | Dividend | L | T | | | | | |
| 110. First Eagle Global Fund [SGENX] | C | Dividend | L | T | | | | | |
| 111. Matthews Int'l Pac. Tiger Fund [MAPTX] | A | Dividend | K | T | | | | | |
| 112. Matthews Int'l China Fund [MCHFX] | B | Dividend | K | T | | | | | |
| 113. Fidelity Mass. Muni (money market) [FDMXX] | A | Dividend | P1 | T | | | | | |
| 114. Trust No. 3(X) | E | Distribution | L | T | | | | | |
| 115. Merrill Lynch bank sweep acounts (X) | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODLOCK, DOUGLAS P. | 04/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I and Part VII:
All assets of Trusts No. 1 and No. 2, identified in Part I, are listed individually in Part VII.

Part VII, lines 5, 20
The banking relationships reflected by these assets were terminated as of 2013; consequently, there is no further occasion for disclosure.

Part VII, line 6:
As noted in part VIII of my Financial Disclosure Report for Calendar Year 2007, this asset was part of the corpus of a revocable trust the income and values of whose assets I have, for the reasons stated therein, since disclosed despite the fact that disclosure is not formally required. The trust was dissolved as of 2013; consequently, there is no further occasion for disclosure.

Part I and Part VIII, lines 114 and 115:
The investments listed reflect the remaining undistributed one-third share in Trust No. 3, as a beneficiary in the estate of deceased relative. The monies identified in lines 114 and 115, which constitute duplicate reporting of the same assets, are being maintained to satisfy any remaining claims against the estate and will remain in the trust until the estate is closed .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **DOUGLAS P. WOODLOCK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544